# Exhibit 3







Case 3:25-cv-00128     Document 1-3     Filed 02/04/25     Page 4 of 6 PageID #: 19



