RILEY & JACOBSON, PLC

ATTORNEYS AT LAW

1906 WEST END AVENUE

NASHVILLE, TENNESSEE 37203

W. RUSSELL TABER
rtaber@rjfirm.com

TELEPHONE: (615) 320-3700
FAX: (615) 320-3737

FILED
2025 MAR -5 AM 8:47
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

March 4, 2025

**Via Hand-Delivery**

Office of the Clerk
Fred D. Thompson Courthouse
719 Church Street
Nashville, TN 37203

    Re:   *Global Weather Productions, LLC v. The Daily Wire, LLC*,
           Case No. 3:25-cv-00128

To Whom it May Concern:

    Enclosed for counter filing is a USB drive containing a video marked as Exhibit A to the Declaration of Cesar Santos (Dkt No. 17) filed today in the referenced matter. A copy of this letter and video will be served on opposing counsel via email and U.S. Mail.

                          Very truly yours,

                          W. Russell Taber, III

WRT/ddg
Enclosure

cc (via email and U.S. Mail):
    Sangheon Han (sangheon.han@sriplaw.com
    Anthony J. Underwood (Anthony.underwood@sriplaw.com)