# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, | ) |
| | ) Case No. 3:25-CV-00128 |
| Plaintiff, | ) |
| | ) Judge Eli J. Richardson |
| v. | ) Magistrate Judge Alistair Newbern |
| | ) |
| THE DAILY WIRE, LLC, | ) JURY DEMAND |
| | ) |
| Defendant. | |

## DEFENDANT'S MOTION TO DISMISS AND TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendant respectfully requests that the Court strike the Amended Complaint to the extent it purports to add two new plaintiffs without leave of court. *See* Fed. R. Civ. P. 21. Defendant further moves the Court to dismiss Plaintiff's lawsuit for lack of standing pursuant to Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). In the alternative, Defendant respectfully requests that the Court order Plaintiff to post a cost bond as a condition for pursuing its claims.

In support of its Motion, Defendant concurrently submits a Memorandum of Law and relies upon the Declaration of Cesar Santos (Dkt. 17) and a Notice of Filing (Dkt. 16) with Exhibits filed on March 4, 2025, in connection with Defendant's Motion to Dismiss Plaintiff's original Complaint.

Respectfully submitted,

s/ W. Russell Taber III
W. Russell Taber III
RILEY & JACOBSON, PLC
1906 West End Avenue
Nashville, TN 37203
(615) 320-3700

rtaber@rjfirm.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system this the 4th day of April 2025 upon the following:

Sangheon Han
Sriplaw, P.A.
4900 Travis Street, Suite 212
Houston, TX 77002
Sangheon.han@sriplaw.com

Anthony James Underwood
Sriplaw, P.A.
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
Anthony.underwood@sriplaw.com

s/ W. Russell Taber III

2