IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GLOBAL WEATHER PRODUCTIONS, LLC, VIRAL DRM LLC, and MICHAEL BRANDON CLEMENT,<br><br>    Plaintiffs,<br><br>v.<br><br>THE DAILY WIRE, LLC,<br><br>    Defendant. | Case No. 3:25-cv-00128<br><br>District Judge Eli J. Richardson<br><br>Magistrate Judge Alistair Newbern<br><br>JURY DEMAND |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Global Weather Productions, LLC, Viral DRM, LLC, and Michael Brandon Clement ("Plaintiffs"), together with Defendant The Daily Wire, LLC ("Defendant"), by and through their attorneys, hereby stipulate and agree that all claims asserted by Plaintiffs against Defendant are hereby dismissed with prejudice, with each party bearing its own costs or fees, including attorneys' fees, and with all rights to appeal, if any, waived.

Respectfully submitted,

s/ *Anthony J. Underwood*
Anthony James Underwood
Evan A. Andersen
Sriplaw, P.A.
3355 Lenox Road NE, Suite 750
Atlanta, GA 30326
Evan.andersen@sriplaw.com
Anthony.underwood@sriplaw.com

*Attorney for Plaintiffs*


s/ W. Russell Taber III (with permission)
W. Russell Taber III (BPR 24741)
RILEY & JACOBSON, PLC

1906 West End Avenue
Nashville, TN 37203
(615) 320-3700
rtaber@rjfirm.com

*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document was served via the Court's ECF filing system this the 29th day of May, 2025 upon the following:

  W. Russell Taber III (BPR 24741)
  RILEY & JACOBSON, PLC
  1906 West End Avenue
  Nashville, TN 37203
  (615) 320-3700
  rtaber@rjfirm.com

                              s/ *Anthony J. Underwood*