**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

Global Weather Productions, LLC

                              Plaintiff,

v.                                                    Case No.: 3:25−cv−00128

The Daily Wire, LLC

                              Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/30/2025 re [32].

Lynda M. Hill
s/ Sabrina D Brewer, Deputy Clerk
